914 F.2d 244
 Plunto (Nelson, Frances)
v.
Wallenstein (Arthur), Hayes (Homer), Boulden (Robert),
Scarborough (George), Steinbach (Charles), Warren (Andrew),
Zettick (Elaine), Fonash (Carl), Michaels (Lawrence), Kane
(Michael), Clark (Ward), Beckert (Paul), Bucks County Prison
Board County of Bucks, Doe(s) (John), McMullin (William),
Sirene (Sean), Austin (Robert), Roe(s) (Robert), Roe(s)
(Richard), Major (William), William G. Major & Associates,
Cliff Industries, Inc.
 NOS. 90-1014, 90-1054
 United States Court of Appeals,
Third Circuit.
 AUG 29, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.